**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| Christine Bailey, ) | |
| ) | |
| Plaintiff, ) | Civil Action File No.: |
| ) | 1:21-cv-00537-CC-CCB |
| v. ) | |
| ) | |
| Nationwide Credit, Inc., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF SETTLEMENT

Plaintiff, Christine Bailey, hereby notifies the Court that a settlement of the above-referenced action has been reached with Defendant, Nationwide Credit, Inc. Plaintiff and Defendant anticipate needing approximately 60 days to document and conclude the settlement. Plaintiff will thereafter file or otherwise move for a dismissal as to Defendant. Accordingly, Plaintiff respectfully submits that this obviates the need for Defendant to make any Court required filings prior to dismissal.[1]

Respectfully submitted this 24th day of May, 2021.

---

[1] If, however, the settlement is not concluded within the next 60 days, Plaintiff will timely notify the Court.

1

2

                                        **BERRY & ASSOCIATES**

                                        */s/ Matthew Berry*
Matthew Berry
Georgia Bar No.: 055663
mberry@mattberry.com
Telephone: (404) 235-3334
2751 Buford Highway, Suite 600
Atlanta, GA 30324
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2021, I caused the electronic filing of the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to all attorneys of record that have appeared in this case.

**BERRY & ASSOCIATES**

*/s/ Matthew Berry*
Matthew Berry
Georgia Bar No.: 055663
2751 Buford Highway, Suite 600
Atlanta, GA 30324
*Counsel for Plaintiff*