**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| Christine Bailey, ) | |
| ) | |
| Plaintiff, ) | Civil Action File No.: |
| ) | 1:21-cv-00537-CC-CCB |
| v. ) | |
| ) | |
| Nationwide Credit, Inc., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## **<u>STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

Plaintiff, Christine Bailey, in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby voluntarily dismisses, **with prejudice**, all claims against Defendant, Nationwide Credit, Inc., in this case.  As indicated by the signature of its counsel below, Nationwide Credit, Inc. stipulates to Plaintiff's voluntary dismissal of the instant matter.

It is further stipulated that each party shall bear its own costs and attorneys' fees incurred in this matter.

This 6th day of August, 2021.

*[Signatures Appear on Following Page]*

| **BERRY & ASSOCIATES** | **SESSIONS, ISRAEL & SHARTLE, LLC** |
|---|---|
| */s/ Matthew Berry* | */s/ Kirsten H. Smith* |
| Matthew Berry, GA Bar No.: 055663 | Kirsten H. Smith, GA Bar No.: 702220 |
| mberry@mattberry.com | ksmith@sessions.legal |
| Telephone: (404) 235-3334 | Telephone: (504) 846-7943 |
| 2751 Buford Highway, Suite 600 | 3850 N. Causeway Blvd., Suite 200 |
| Atlanta, GA 30324 | Metairie, LA 70002 |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2021, I caused the electronic filing of the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to all attorneys of record that have appeared in this case.

**BERRY & ASSOCIATES**

*/s/ Matthew Berry*
Matthew Berry
Georgia Bar No.: 055663
mberry@mattberry.com
2751 Buford Highway, Suite 600
Atlanta, GA 30324
Ph. (404) 235-3305
*Counsel for Plaintiff*